IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| 1% FITNESS LLC, a Utah limited liability company, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Plaintiff, | No. 2:22-cv-00415-JNP |
| v. | Judge Jill N. Parrish |
| DANIEL BOYD, an individual; and JODY ROOKSTOOL, an individual; ZACH BARKER, an individual; QUICKFRESH, LLC, a Utah limited liability company; COMPASS SERVICES MANAGEMENT, LLC; JOHN DOES 1 THROUGH 10, | |
| Defendants. | |

Based upon the parties' stipulation, it is hereby ordered that this case is dismissed without prejudice.

DATED: September 11, 2024.

BY THE COURT:

_____
JILL N. PARRISH, JUDGE
UNITED STATES DISTRICT COURT